

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2017

No. 04-17-00493-CV

Bruce Lee **BECKER**,
Appellant

v.

Pedro **BECKER** and Manuela Becker,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2016-CV-04644
Honorable Jason Wolff, Judge Presiding

# O R D E R

On November 16, 2017, this court received appellant's brief. On November 29, 2017, we issued an order informing appellant that his brief violated Rules 38.1 and 9.4 of the Texas Rules of Appellate Procedure and ordered him to file an amended brief correcting the violations within 15 days of the date of our order, which is December 15, 2017. On December 5, 2017, appellant filed a motion for extension of time asking for a 45-day extension, or until January 29, 2017, to file his amended brief. The motion is GRANTED IN PART. Appellant's amended brief is due on or before **January 8, 2018**. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

**If appellant fails to file an amended brief correcting the briefing violations by January 8, 2018,** we may strike appellant's brief and any amended brief, and **this appeal may be dismissed for want of prosecution**. *See* TEX. R. APP. P. 42.3(c) (allowing dismissal of appellant's case if appellant fails to comply with a requirement of the Texas Rules of Appellate Procedure or an order of this court).

The deadline for filing an appellees' brief is suspended pending further order from this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2017.



KEITH E. HOTTLE,
Clerk of Court